IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:06CR395
                             )
      v.                     )
                             )
MIGUEL LOPEZ-ESTRADA,        )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 17). Counsel for plaintiff has indicated he has no objection. Subject to the filing of a written waiver of speedy trial, the Court will grant said motion. Accordingly,

IT IS ORDERED that defendant's motion to continue trial is granted; trial is rescheduled for:

**Monday, April 2, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defense counsel's absence from the country and the necessity for defendant to complete proceedings before the Department of Homeland Security necessitate the continuance of the trial. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between February 5, 2007, and April 2, 2007,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 29th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court