IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:06CR395
                              )
      v.                      )
                              )
MIGUEL LOPEZ-ESTRADA,         )        ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue trial and set matter for change of plea hearing (Filing No. 21). The Court notes defendant will file a written waiver of speedy trial. Subject thereto,

IT IS ORDERED that said motion is granted; a Rule 11 hearing is scheduled for:

**Monday, April 30, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The additional time will permit counsel to complete plea negotiations and will accommodate the schedule of the Court. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 2, 2007, and April 30, 2007,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 4th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court